

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00723-CV

**FE EXPRESS, LLC** and Francisco Javier Bernal,
Appellants

v.

Maria Isabel Serna **CONTRERAS**, as next friend and guardian of Samara Isabella Morales
Serna and Samantha Isabel Morales Serna, minor children, and as Administrator of the Estate of
Samuel Morales Castillo, Deceased,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014CVT001295 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

&

No. 04-16-00738-CV

**IN RE FE EXPRESS, LLC** and Francisco Javier Bernal

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Karen Angelini, Justice
                 Marialyn Barnard, Justice
                 Luz Elena D. Chapa, Justice

Delivered and Filed:  January 17, 2018

---

[1] This original proceeding arises out of Cause No. 2014CVT001295 D3, styled *Maria Isabel Serna Contreras, as Next Friend and Guardian of Samara Isabella Morales Serna and Samantha Isabel Morales Serna, Minor Children, and as Administrator of the Estate Of Samuel Morales Castillo, deceased v. FE Express, LLC, Francisco Javier Bernal, and Hector Omar Lopez*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Ramirez Palomo presiding.

VACATED AND DISMISSED

The parties have filed an agreed motion to dispose of these consolidated proceedings. The motion is granted. In accordance with the agreed motion, we vacate the trial court's order granting post-judgment relief and dismiss these consolidated proceedings. *See* TEX. R. APP. P. 42.1(a)(2), 43.2(e), (f). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs assessed against appellants. *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM